IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

JOANN HURLEY, on behalf of
herself, and all others similarly situated,

    Plaintiffs,

vs.

THOMAS MESSER, *et al.*,

    Defendants.

Civil Action No.: 3:16-cv-9949
Honorable Robert C. Chambers

## MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT

Plaintiff Joann Hurley, on behalf of the Class of individuals she seeks appointment to represent, respectfully moves for preliminary approval of the Class Action Settlement Agreement attached hereto. For the reasons set forth in the memorandum in support filed concurrently herewith, Plaintiff submits that the terms of the proposed settlement are fair, adequate, reasonable, and merit the Court's approval. Plaintiff therefore respectfully requests that the Court enter an Order (1) preliminarily approving the terms of the parties' Settlement Agreement and, (2) establishing a schedule for effectuating the Settlement.

Defendants have agreed to the proposed order of preliminary approval attached as Exhibit B to the attached Class Action Settlement Agreement.

Respectfully submitted,

/s/ *Anthony J. Majestro*
Anthony J. Majestro (WVSB #5165)
POWELL & MAJESTRO, PLLC
Post Office Box 3081
405 Capitol Street, Suite P-1200
Charleston, West Virginia 25331
(304) 346-2889

Timothy C. Bailey (WVSB #5839)
J. Ryan Stewart (WVSB #10796)
BAILEY JAVINS & CARTER, L.C.
Post Office box 3712
Charleston, West Virginia 25337
(304) 345-0346

*Counsel for Plaintiff Joann Hurley*

## CERTIFICATE OF SERVICE

  I hereby certify that on the **19th** day of August, 2020, I electronically filed the foregoing document, entitled **MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**, with the Clerk of the Court using the CM/ECF system to the following:

Michael J. Farrell, Esquire
Bernard S. Vallejos, Esquire
FARRELL WHITE & LEGG, PLLC
Post Office Box 6457
Huntington, West Virginia 25772-6457

*Counsel for Defendants Wayne County Board of Education and Sandra Pertee*

Mary Ann L. Wymore, Esquire
GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway, Suite 2000
St. Louis, MO 63102

Courtney Adair, Esquire
GREENSFELDER, HEMKER & GALE, P.C.
200 N. Madison, Suite 3300
Chicago, IL 60657

Edward P. Tiffey, Esquire
TIFFEY LAW PRACTICE, PLLC
205 Capitol Street, 4th Floor
P.O. Box 3785
Charleston, WV 25337-3785

*Counsel for Defendant RingCentral, Inc.*

  I further certify that on the **19th** day of **August, 2020**, a true and exact copy of the foregoing document, entitled **MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT,** has this day been placed in the regular course of the United States Mail, in an envelope with first class postage thereon fully prepaid addressed as follows:

Mr. Thomas Messer
2881 R. 152
Fort Gay, West Virginia 25514

*Pro Se Defendant*

                          /s/ *Anthony J. Majestro*