IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

JOANN HURLEY, on behalf of
herself, and all others similarly situated,

    Plaintiffs,
vs.

THOMAS MESSER, *et al.*,

    Defendants.

Civil Action No.: 3:16-cv-9949
Honorable Robert C. Chambers

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT

Plaintiff, by counsel, respectfully moves this Court for final approval of the Settlement Agreement reached by the parties in this case and preliminarily approved by this Court on September 24, 2020. (ECF No. 277). A proposed order granting final approval is attached as **Exhibit A**.

WHEREFORE, for all the reasons set forth in the contemporaneously filed Memorandum in Support, Plaintiff respectfully requests that the Court:

1. Pursuant to Fed. R. Civ. P. 23(e), grant final approval in all respects of the terms and provisions of the Settlement Agreement, which the Court preliminarily approved by Order entered on September 24, 2020. (ECF No. 277).

2. Award Plaintiff Joann Hurley a service award in an amount to be determined by the Court based on her contributions to this case and in recognition of her service to the Class as reflected in her Declaration attached hereto as **Exhibit B**;

3. Award Class Counsel a fee of $75,000.00, representing one-quarter (25%) of the settlement amount, as reflected in Plaintiff's Motion for Award of Attorneys' Fees and Reimbursement of Costs and Memorandum in Support;

1

4. Award Class Counsel litigation expenses of $53,474.36, as reflected in Plaintiff's Motion for Award of Attorneys' Fees and Reimbursement of Costs and Memorandum in Support;

5. Authorize the payment of settlement administration costs to the Settlement Administrator;

6. Dismiss on the merits and with prejudice all Class claims of the Plaintiff and the Class Members in this action; and

7. Retain jurisdiction over this action for the purpose of interpretation and enforcement of the Class Settlement and Release Agreement, including oversight of settlement administration and distribution of settlement funds.

Respectfully submitted,

/s/ *J. Ryan Stewart*
Timothy C. Bailey (WVSB #5839)
J. Ryan Stewart (WVSB #10796)
BAILEY JAVINS & CARTER, LC
213 Hale Street
Charleston, WV 25337
(304) 345-0346
rstewart@bjc4u.com

Anthony J. Majestro (WVSB #5165)
POWELL & MAJESTRO, PLLC
Post Office Box 3081
405 Capitol Street, Suite P-1200
Charleston, WV 25331
(304) 346-2889
amajestro@powellmajestro.com

*Counsel for Plaintiff Joann Hurley*

## CERTIFICATE OF SERVICE

I hereby certify that on the **23rd** day of **December, 2020**, I electronically filed the foregoing document, entitled **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT**, with the Clerk of the Court using the CM/ECF system to the following:

Michael J. Farrell, Esquire
Bernard S. Vallejos, Esquire
FARRELL WHITE & LEGG, PLLC
Post Office Box 6457
Huntington, West Virginia 25772-6457

*Counsel for Defendants Wayne County Board of Education and Sandra Pertee*

Mary Ann L. Wymore, Esquire
GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway, Suite 2000
St. Louis, MO 63102

Courtney Adair, Esquire
GREENSFELDER, HEMKER & GALE, P.C.
200 N. Madison, Suite 3300
Chicago, IL 60657

Edward P. Tiffey, Esquire
TIFFEY LAW PRACTICE, PLLC
205 Capitol Street, 4th Floor
P.O. Box 3785
Charleston, WV 25337-3785

*Counsel for Defendant RingCentral, Inc.*

I further certify that on the **23rd** day of **December, 2020**, a true and exact copy of the foregoing document, entitled **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT**, has this day been placed in the regular course of the United States Mail, in an envelope with first class postage thereon fully prepaid addressed as follows:

Mr. Thomas Messer
2881 R. 152
Fort Gay, West Virginia 25514

*Pro Se Defendant*

/s/ J. Ryan Stewart